The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

CELL THERAPEUTICS, INC.,

        Plaintiff,

v.

THE LASH GROUP, INC., et al,

        Defendants.

Case No. 2:07-CV-0310-JLR

**STIPULATED ORDER TO EXTEND DATE FOR DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2)**

## STIPULATION

Plaintiff Cell Therapeutics, Inc. ("CTI") and Defendant The Lash Group, Inc. ("Lash Group"), by and through their respective counsel of record, hereby stipulate and agree to the following Stipulated Order to Extend Date of Disclosure of Expert Testimony ("Order") in the above-captioned matter.

WHEREAS, Lash filed Defendant The Lash Group's Motion To Stay Discovery And Pretrial Proceedings And Continue Trial Date, Etc., on March 13, 2008 ("Lash's Motion");

WHEREAS, the Minute Order Setting Trial Date and Related Dates (Docket 23) filed January 23, 2008 sets March 20, 2008 as the date for disclosures of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2),

WHEREAS, Lash's Motion seeks continuance of this date, among others,

1  WHEREAS, the Court will not rule on the motion for stay before the March 20 date for
2  expert disclosures passes,

3  WHEREAS, the parties previously stipulated that they are not obligated to exchange
4  documents in response to Rule 34 requests for production until 45 days after the date of their
5  mediation, which was held February 28, 2008,

6  WHEREAS, the parties are mindful that the January 23, 2008 Order provided that the
7  dates therein would be changed only for good cause shown,

8  WHEREAS, regardless of whether Lash's Motion is granted, the parties agree that it
9  would aid the efficient preparation of this action for trial if document production occurred
10 before expert reports were issued,

11 NOW, THEREFORE, the parties agree that the Date for Disclosure of Expert
12 Testimony pursuant to Fed. R. Civ. P. 26(a)(2) is continued to May 19, 2008.

**ORDER**

Having been stipulated to and agreed upon by the parties through their counsel of record, and jointly submitted to the Court, and for good cause shown,

IT IS HEREBY ORDERED that the Date for Disclosure of Expert Testimony pursuant to Fed. R. Civ. P. 26(a)(2) shall be continued to May 19, 2008.

Dated this ____ day of March, 2008.

_____
James L. Robart
United States District Judge

[PROPOSED] STIPULATED ORDER TO EXTEND    2
DATE OF DISCLOSURE OF EXPERT
TESTIMONY: 2:07-CV-0310-JLR

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

SO STIPULATED AND AGREED:

HELLER EHRMAN LLP

By _s/ Daniel J. Dunne_____
Daniel J. Dunne, WSBA #16999
Mathew L. Harrington, WSBA #33276
Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, WA  98104
Tel.: (206) 447-0900
Fax.: (206) 447-0849
E-mail:  daniel.dunne@hellerehrman.com
         m.harrington@hellerehrman.com

Attorneys for Plaintiff Cell Therapeutics, Inc.


REED SMITH

By _s/ Thomas H. Suddath_____
Thomas H. Suddath (*Admitted Pro Hac Vice*)
R. Euna Kim (*Admitted Pro Hac Vice*)
Reed Smith LLP
Two Embarcadero Center, Suite 2200
San Francisco, CA  94105
Tel.: (415) 543-8700
Fax.: (415) 391-8269
E-mail:  tsuddath@reedsmith.com
         ekim@reedsmith.com

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP

By _s/ Laurie M. Thornton_____
Kelly P. Corr, WSBA #00555
Laurie M. Thornton, WSBA #35030
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA  98154
Tel.: (206) 625-8600
Fax.: (206) 625-0900

Attorneys for Defendant The Lash Group, Inc.

3/19/08 5:11 PM ()

[PROPOSED] STIPULATED ORDER TO EXTEND    3
DATE OF DISCLOSURE OF EXPERT
TESTIMONY: 2:07-CV-0310-JLR

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900