The Honorable James L. Robart

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

MAR 20 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY



07-CV-00310-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CELL THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE LASH GROUP, INC., et al, <br><br> Defendants. | Case No. 2:07-CV-0310-JLR <br><br> **STIPULATED ORDER TO EXTEND DATE FOR DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2)** |

## STIPULATION

Plaintiff Cell Therapeutics, Inc. ("CTI") and Defendant The Lash Group, Inc. ("Lash Group"), by and through their respective counsel of record, hereby stipulate and agree to the following Stipulated Order to Extend Date of Disclosure of Expert Testimony ("Order") in the above-captioned matter.

WHEREAS, Lash filed Defendant The Lash Group's Motion To Stay Discovery And Pretrial Proceedings And Continue Trial Date, Etc., on March 13, 2008 ("Lash's Motion");

WHEREAS, the Minute Order Setting Trial Date and Related Dates (Docket 23) filed January 23, 2008 sets March 20, 2008 as the date for disclosures of expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2),

WHEREAS, Lash's Motion seeks continuance of this date, among others,

[PROPOSED] STIPULATED ORDER TO EXTEND
DATE OF DISCLOSURE OF EXPERT
TESTIMONY: 2:07-CV-0310-JLR

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

1  WHEREAS, the Court will not rule on the motion for stay before the March 20 date for
2  expert disclosures passes,

3  WHEREAS, the parties previously stipulated that they are not obligated to exchange
4  documents in response to Rule 34 requests for production until 45 days after the date of their
5  mediation, which was held February 28, 2008,

6  WHEREAS, the parties are mindful that the January 23, 2008 Order provided that the
7  dates therein would be changed only for good cause shown,

8  WHEREAS, regardless of whether Lash's Motion is granted, the parties agree that it
9  would aid the efficient preparation of this action for trial if document production occurred
10 before expert reports were issued,

11 NOW, THEREFORE, the parties agree that the Date for Disclosure of Expert
12 Testimony pursuant to Fed. R. Civ. P. 26(a)(2) is continued to May 19, 2008.

**ORDER**

Having been stipulated to and agreed upon by the parties through their counsel of record, and jointly submitted to the Court, and for good cause shown,

IT IS HEREBY ORDERED that the Date for Disclosure of Expert Testimony pursuant to Fed. R. Civ. P. 26(a)(2) shall be continued to May 19, 2008.

Dated this 20th day of March, 2008.

James L. Robart
United States District Judge

[PROPOSED] STIPULATED ORDER TO EXTEND      2
DATE OF DISCLOSURE OF EXPERT
TESTIMONY: 2:07-CV-0310-JLR

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington 98104-7098
Telephone (206) 447-0900

1  SO STIPULATED AND AGREED:

2  HELLER EHRMAN LLP

3
   By  _s/ Daniel J. Dunne_
4  Daniel J. Dunne, WSBA #16999
   Mathew L. Harrington, WSBA #33276
5  Heller Ehrman LLP
   701 Fifth Avenue, Suite 6100
6  Seattle, WA  98104
7  Tel.: (206) 447-0900
   Fax.: (206) 447-0849
8  E-mail:  daniel.dunne@hellerehrman.com
            m.harrington@hellerehrman.com
9
10 Attorneys for Plaintiff Cell Therapeutics, Inc.

11
   REED SMITH
12
   By  _s/ Thomas H. Suddath_
13 Thomas H. Suddath (*Admitted Pro Hac Vice*)
   R. Euna Kim (*Admitted Pro Hac Vice*)
14 Reed Smith LLP
15 Two Embarcadero Center, Suite 2200
   San Francisco, CA  94105
16 Tel.: (415) 543-8700
   Fax.: (415) 391-8269
17 E-mail:  tsuddath@reedsmith.com
            ekim@reedsmith.com
18
19 CORR CRONIN MICHELSON
   BAUMGARDNER & PREECE LLP
20
   By  _s/ Laurie M. Thornton_
21 Kelly P. Corr, WSBA #00555
22 Laurie M. Thornton, WSBA #35030
   Corr.Cronin Michelson Baumgardner & Preece LLP
23 1001 Fourth Avenue, Suite 3900
   Seattle, WA  98154
24 Tel.: (206) 625-8600
   Fax.: (206) 625-0900
25
26 Attorneys for Defendant The Lash Group, Inc.

27

28 3/19/08 5:11 PM ()

[PROPOSED] STIPULATED ORDER TO EXTEND        3
DATE OF DISCLOSURE OF EXPERT
TESTIMONY: 2:07-CV-0310-JLR

Heller Ehrman LLP
701 Fifth Avenue, Suite 6100
Seattle, Washington  98104-7098
Telephone (206) 447-0900