UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CELL THERAPEUTICS, INC.,

    Plaintiff,

v.

THE LASH GROUP, INC., and DOCUMEDICS ACQUISITION CO., INC.,

    Defendants.

Case No. C07-310JLR

TAXATION OF COSTS

Costs in the above-entitled action are hereby taxed against DEFENDANTS and on behalf of PLAINTIFF CELL THERAPEUTICS, INC. in the amount of $455.00.

Dated this ____15th____ day of JANUARY, 2010.

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1